UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTS CENTER AND THEATER OF SCHENECTADY, INC., d/b/a PROCTORS THEATER,<br><br>Plaintiff,<br><br>-against-<br><br>VALLEY FORGE INSURANCE CO. d/b/a CNA,<br><br>Defendant. | Case No. 09-cv-1400 (TJM)(RFT) |

### NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT VALLEY FORGE INSURANCE COMPANY'S MOTION TO DISMISS, dated January 7, 2010, Defendant Valley Forge Insurance Company ("Valley Forge") will move this Court at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 on the 8th day of February, 2010, or as soon thereafter as counsel can be heard, for an Order dismissing the second claim in Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 7, 2010

                              Respectfully submitted,

                              **FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**

                              By: _____
                                    Joseph D'Ambrosio (Bar Roll No. 511981)
Wall Street Plaza
New York, New York 10005-1875
Tel.: (212) 269-4900
*Attorneys for Defendant Valley Forge Insurance Company*